IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA OTERO,**<br>　　　　　**Plaintiff**<br><br>　v.<br><br>**POLICE OFFICER CHRISTIAN KANE, et al.**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br>NO.   22-4141 |

## NOTICE

To:	Counsel of Record

TAKE NOTICE that a **Telephone Conference re: status for settlement** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Monday, April 17, 2023, at 3:00 p.m.** Counsel for the parties shall dial into Chambers' bridge line at 888.363.4735; Access Code – 672.8493

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Erin Hills o/b/o Danielle Puchon
　　　　　　　　　　　　　　　　　　　　　　Danielle Puchon
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　267-299-7790 - phone

Date:	February 3, 2023

-Notice filed via ECF