IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Joshua Otero, as Administrator of the Estate of Virgen Martinez, Deceased** : | : | Civil Action |
| | : | NO: 22-4141 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **P/O Christian Kane, P/O Alexander Hernandez and City of Philadelphia and Tahir Ellison and John Does Nos. 1-10** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Defendants.** | : | |

## STIPULATED HIPAA QUALIFIED PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and the Health Insurance Portability and Accountability Act of 1996 (HIPAA), as amended by the Health Information Technology for Economic and Clinical Health Act (HITECH Act), including all applicable regulations issued by the Secretary of the United States Department of Health and Human Services, including specifically 45 C.F.R. § 164.512(e)(1), the undersigned parties agree to and the Court finds good cause for the issuance of a qualified protective order and ORDERS as follows:

    1.    The parties and attorneys to the above-captioned matter (the "Action") are hereby authorized to receive, subpoena, and transmit protected health information pertaining to Virgin Martinez, Tahir Ellision and Kevin Redding to the extent and subject to the conditions set forth herein.

    2.    For the purposes of this qualified protective order, "protected health information" shall have the same scope and definition as set forth in 45 C.F.R. § 160.103 and 164.501, including, but not limited to, information related to:

        (a)    The past, present, or future physical or mental condition of Virgin Martinez, Tahir Ellison and Kevin Redding.

        (b)    The provision of care to Virgin Martinez, Tahir Ellison and Kevin Redding.

        (c)    The payment for care provided to Virgin Martinez, Tahir Ellison and Kevin Redding which identifies Virgin Martinez Tahir Ellison and Kevin Redding or which reasonably could be expected to identify Virgin Martinez Tahir Ellison and Kevin Redding.

    3.    All "covered entities," as defined in 45 C.F.R. § 160.103, are authorized to disclose protected health information pertaining to Virgin Martinez, Tahir Ellison and Kevin Redding to all attorneys in this Action.

4.      The parties and their attorneys shall be permitted to use the protected health information in any manner reasonably connected with the Action, including, but not limited to, disclosure to the parties and their attorneys, insurers, claims managers, experts, and consultants, the court, necessary court personnel, court reporters, copy services, trial consultants, jurors, any appellate court, and other persons and entities involved in the litigation process.

5.      All protected health information produced or disclosed in the Action shall be used solely for the prosecution or defense (including any appeal therefrom) of the Action, and shall not be used for any other purpose.

6.      Any person or entity in possession of protected health information shall maintain the information in a reasonably secure manner, and shall not reveal to or discuss such information with any person not entitled to receive it, so that the protected health information is not further disclosed or used in any manner inconsistent with this Order.

7.      Within 45 days after the conclusion of this action, the parties, their attorneys, and any other persons or entities that came into possession of the protected health information through this Action shall return the protected health information to the covered entity that provided it, or destroy the protected health information, except for health information that was submitted to the court or health information that the party was entitled to have under HIPAA.

8.      Nothing in this Order authorizes counsel to obtain medical records or information through means other than formal discovery requests, subpoenas, depositions, patient authorizations, or other lawful processes.

9.      This Order does not control or limit the use of protected health information pertaining to Virgin Martinez Tahir Ellison and Kevin Redding that comes into possession of any party, or any party's attorney, from a source other than a covered entity as defined in 45 C.F.R. § 160.103.

SO ORDERED.

*[signature]* USMJ

MARCH 24, 2023

SIGNED AND AGREED TO this 21st of March 2023.

**COUNSEL FOR PLAINTIFF:**

/s/ *Helen A. Lawless*
Helen Lawless, Esq..

**COUNSEL FOR DEFENDANTS:**

/s/ *Derek Kane*
*Attorney for Defendants Christian Kane, Alexander Hernandez and the City of Philadelphia*

/s/ *KELLY J. FOX*
Kelly Fox, Esq.
*Attorney for Defendant* Tahir Ellison