IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA OTERO, as Administrator of  The Estate of Virgen Martinez, Deceased | :  :  : |
| vs. | NO: 2:22-cv-04141 |
| P/O CHRISTIAN KANE, in his individual and official capacity  and  P/O ALEXANDER HERNANDEZ, in his individual and official capacity  and  CITY OF PHILADELPHIA  and  TAHIR ELLISON  and  JOHN DOES NOS. 1-10 | : |

## **ORDER**

AND NOW, this 6th day of July, 2023, upon consideration of the Motion to Extend the Case Management Deadlines, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. The following dates are established:

1. The parties shall complete fact discovery by August 18, 2023.

2. Plaintiff's expert reports shall be filed on or before October 20, 2023.

3. Defendants' expert reports shall be filed on or before November 17, 2023.

4. The deadline for dispositive motions is January 15, 2024.

BY THE COURT:

/s/ David R. Strawbridge, USMJ

J.