IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA OTERO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER CHRISTIAN KANE, | : | |
| et al. | : | NO. 4141 |

**SUPPLEMENTAL SCHEDULING ORDER**

AND NOW, this 7th day of November, 2023, it is hereby ORDERED that the dates set forth in Judge Strawbridge's Scheduling Order of February 3, 2023, are to remain in force, subject only to the following amendments:

1. Motions for summary judgment shall be filed on or before **TUESDAY, JANUARY 16, 2024**;

2. Responses to motions for summary judgment shall be filed on or before **FRIDAY, FEBRUARY 16, 2024**;

3. A telephonic status conference will take place on **THURSDAY, FEBRUARY 29, 2024**, at 2:00 p.m. The parties will dial in to the conference at 866-434-5269, and enter this code: 5251418#. At this time further case deadlines will be set, and it will be determined whether a settlement conference will be scheduled.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE