**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSHUA OTERO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER CHRISTIAN KANE, | : | |
| et al. | : | NO. 22-4141 |

**SECOND SUPPLEMENTAL SCHEDULING ORDER**

AND NOW, this 8th day of January, 2024, upon consideration of the parties' request for

an extension of the dispositive motion deadline, it is hereby ORDERED that the dates set forth in

Judge Strawbridge's Scheduling Order of February 3, 2023, are to remain in force, subject only

to the following amendments:

1. Motions for summary judgment shall be filed on or before **FRIDAY, MARCH 1,
2024**;

2. Responses to motions for summary judgment shall be filed on or before **MONDAY,
APRIL 1, 2024**;

3. A telephonic status conference will take place on **MONDAY, APRIL 29, 2024**, at

10:00 a.m.  The parties will dial in to the conference at 866-434-5269, and enter this code:

5251418#.  At this time further case deadlines will be set, and it will be determined whether a

settlement conference will be scheduled.


BY THE COURT:

*/s/ Scott W. Reid*

_____

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE