**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSHUA OTERO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER CHRISTIAN KANE, | : | |
| et al. | : | NO. 22-4141 |

**THIRD SUPPLEMENTAL SCHEDULING ORDER**

AND NOW, this 29th day of February, 2024, upon consideration of the parties' request for an extension of the dispositive motion deadline, it is hereby ORDERED that

1.  Motions for summary judgment shall be filed on or before **FRIDAY, MARCH 1, 2024**;

2.  Responses to motions for summary judgment shall be filed on or before **TUESDAY, APRIL 16, 2024**;

3.  Any reply in motions for summary judgment shall be filed on or before **FRIDAY, APRIL 23, 2024**;

3.  The telephonic status conference previously scheduled for Monday, April 29, 2024, at 10:00 a.m. is **CANCELLED**.  A telephone status conference is now **SCHEDULED** for **THURSDAY, JUNE 13, 2024,** at 11:00 a.m. The parties will dial in to the conference at 866-434-5269, and enter this code: 5251418#.  At this time further case deadlines will be set, and it will be determined whether a settlement conference will be scheduled.

BY THE COURT:

*/s/ Scott W. Reid*

_____

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE