## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____  :

JOSHUA OTERO                                      :
                                                            :
          v.                                               :
                                                            :        NO. 22-CV-4141 SWR
POLICE OFFICER CHRISTIAN KANE,       :
et al.                                                    :
_____ :

## O R D E R

AND NOW, this 1st day of May, 2024, it is hereby ORDERED that ORAL

ARGUMENT on the Motion for Partial Summary Judgment filed by defendants City of

Philadelphia, Officer Christian Kane and Officer Alexander Hernandez, and docketed as ECF

Doc. No. 35, is SCHEDULED for **MAY 30, 2024, AT 3:00 P.M**. in Courtroom 3C, U.S.

Courthouse, 601 Market Street, Philadelphia, PA 19106.

Counsel shall be prepared to discuss at oral argument the application of the three-tier

standard set forth in *Sauers v. Borough of Nesquehoning*, 905 F.3d 711 (3d Cir. 2018) to the

facts of this case.


BY THE COURT:


*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE