**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOSHUA OTERO, as Administrator   :
of the Estate of Virgen Martinez,    :
Deceased           :
             :   NO. 22-4141
    v.         :
             :
OFFICER CHRISTIAN KANE, et al.  :

**O R D E R**

AND NOW, this 12th day of September, 2024, upon consideration of Defendants the

City of Philadelphia and Police Officers Christian Kane and Alexander Hernandez's Motion for

Partial Summary Judgment, docketed in this case as Document No. 35, and the response thereto,

it is HEREBY ORDERED that the motion is GRANTED IN PART and DENIED IN PART, in

accordance with my Opinion of the same date.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE