**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JOSHUA OTERO, as Administrator of the Estate of Virgen Martinez, Deceased | : : : : | |
| | : | NO. 22-CV-4141 |
| v. | : : | |
| CITY OF PHILADELPHIA, et al. | : : | |

**O R D E R**

AND NOW, this 9th day of June, 2026, upon consideration of Defendant City of

Philadelphia's Motion for Reconsideration, docketed as ECF Doc. No. 66, the Response thereto,

and all subsequent filings, it is hereby ORDERED that the Motion is DENIED for the reasons set

forth in my Opinion of this date.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE