**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| JOSHUA OTERO, as Administrator | : | |
| of the Estate of Virgen Martinez, | : | |
| Deceased | : | |
| | : | NO. 22-4141 |
| v. | : | |
| | : | |
| OFFICER CHRISTIAN KANE, et al. | : | |
| | : | |

**O R D E R**

AND NOW, this 15th day of June, 2026, a telephonic status conference is scheduled for

**TUESDAY, JUNE 30**, at 10:00 a.m.

Counsel shall contact each other, conferencing in Judge Reid as the final participant, at

267-299-7640.


BY THE COURT:


*/s/ Scott W. Reid*

_____

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE